18 So.2d 877

**Benjamin Franklin (alias Bennie) ADAMS v. STATE.**

**5 Div. 198.**

Court of Appeals of Alabama.

May 16, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

20 So.2d 890

**Esaw ADAMS (alias Allen) v. STATE.**

**6 Div. 157.**

Court of Appeals of Alabama.

Jan. 23, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Affirmed.

19 So.2d 851

**Less ALLEN v. STATE.**

**8 Div. 430.**

Court of Appeals of Alabama.

Nov. 7, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Affirmed.

20 So.2d 890

**Forrest ALLISON v. CITY OF STEVENSON.**

**8 Div. 457.**

Court of Appeals of Alabama.

Jan. 23, 1945.

RICE, Judge.
Affirmed.

18 So.2d 113

**Ben ANGLE v. STATE.**

**8 Div. 377.**

Court of Appeals of Alabama.

March 28, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.